# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA MICHAEL CULLEY,            :
    Petitioner                         :            No. 1:23-cv-01513
                                       :
    v.                                 :            (Judge Kane)
                                       :
MELINDA ADAMS, Superintendent of  :
SCI Mercer, et al.,               :
    Respondents                        :

## ORDER

**AND NOW**, on this 24th day of July 2026, upon consideration of pro se Petitioner Joshua Michael Culley ("Culley")'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), Respondents' response to Culley's Section 2254 petition and attachments thereto (Doc. No. 12), Culley's reply brief (Doc. No. 15), and Culley's motion for a status conference (Doc. No. 18), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Culley's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED** to the extent that the Court addressed his claims on the merits and **DISMISSED** to the extent that the Court determined that his claims were either improperly raised in his reply brief or unexhausted and procedurally defaulted;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. Culley's motion for a status conference (Doc. No. 18) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania